# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINE HARRIS, | Civil No. 3:16-cv-1965 |
| Plaintiff | (Judge Mariani) |
| v. | |
| TAMMY FERGUSON, *et al.*, | |
| Defendants | |

## ORDER

**AND NOW**, this 22nd day of August, 2017, upon consideration of Defendants' motion (Doc. 13) for summary judgment and, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 13) for summary judgment is **GRANTED**. Judgment shall be **ENTERED** in favor of Defendants Ferguson, Rossman, Hormburger, Wain, and Stanley, and against Plaintiff Antoine Harris.

2. The Clerk of Court is directed to **CLOSE** this action.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge